IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELEN MCLAUGHLIN, <br> 814 North 9th Street <br> Connellsville, PA 15425 <br>                                     Plaintiff, <br> vs. <br><br> BAYER, CORP. <br> 100 Bayer Road, Bld. 4 <br> Pittsburgh, PA 15205 <br><br> BAYER HEALTHCARE LLC. <br> 100 Bayer Blvd. <br> Whippany, NJ 07981 <br><br> BAYER ESSURE, INC. <br> 100 Bayer Blvd. <br> Whippany, NJ 07981 <br><br> BAYER HEALTHCARE PHARMACEUTICALS, INC. <br> 100 Bayer Blvd. <br> Whippany, NJ 07981 <br><br> BAYER A.G. <br> Werk Leverkusen <br> 51368 Leverkusen, Germany <br><br>                                     Defendants. | CIVIL ACTION <br><br> NO. 2:14-cv-07315-JP |

## ORDER

And Now, this _____ Day of _____, 2015, it is hereby

ORDERED that the application of <u>Marcus J. Susen</u>, Esquire, to practice in this court pursuant to

Local Rules of Civil Procedure 83.5.2(b) is:

☐ Granted.

☐ Denied.

                                                                                                                           _____
                                                                                                                                              J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No#2:14-cv-07315-JP

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b).*

I. APPLICANT'S STATEMENT

I, Marcus J. Susen, the undersigned, am an attorney who is not currently admitted to either the bar of this court of the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number 4007, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdiction:

Florida                          10/19/2009              70789
(State were admitted)            (Admission date)        (Attorney Identification Number)

B. I state that I am currently admitted to practice in the following federal jurisdictions:

U.S. District Court Southern District of Florida   04/05/2010        70789
(Court where admitted)                             (Admission date)  (Attorney Identification Number)

U.S. Court of Appeals First Circuit                04/12/2010        70789
(Court where admitted)                             (Admission date)  (Attorney Identification Number)

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for Helen McLaughlin

(Applicant's Signature)

1/21/15
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:
Koch Parafinczuk & Wolf: 110 East Broward Blvd. #1630, Fort Lauderdale, FL 33301
Phone: (954) 462-6700

Sworn and subscribed before me this
21 Day of January, 2015
_____
Notary Public



Notary Public State of Florida
Eliana Rivera
My Commission FF 108217
Expires 03/31/2018



## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of <u>Marcus J. Susen</u> to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Thomas A. Dinan | [signature] | 10/20/11 | 91344 |
|---|---|---|---|
| Sponsor's Name | Sponsors Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE AND TELEPHONE NUMBER:

<u>McEldrew Young: 123 S. Broad St. Ste. 2250, Philadelphia, PA 19109</u>
<u>Phone: (215) 545-8800</u>

Sworn and subscribed before me this
23 day of January, 2015
[signature] Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
LINDA A. KNELLINGER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 17, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELEN MCLAUGHLIN , <br> 814 North 9th Street <br> Connellsville, PA 15425 <br>                                          Plaintiff, <br> vs. <br> BAYER, CORP. <br> 100 Bayer Road, Bld. 4 <br> Pittsburgh, PA 15205 <br><br> BAYER HEALTHCARE LLC. <br> 100 Bayer Blvd. <br> Whippany, NJ 07981 <br><br> BAYER ESSURE, INC. <br> 100 Bayer Blvd. <br> Whippany, NJ 07981 <br><br> BAYER HEALTHCARE PHARMACEUTICALS, INC. <br> 100 Bayer Blvd. <br> Whippany, NJ 07981 <br><br> BAYER A.G. <br> Werk Leverkusen <br> 51368 Leverkusen, Germany <br>                                          Defendants. | CIVIL ACTION <br><br> NO. 2:14-cv-07315-JP |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of <u>Marcus J. Susen</u> Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

<u>Eckert Seamans: Albert Bixler, Esquire Two Liberty Place, 50 S. 16th St. 22nd Floor, Philadelphia, PA 19102.</u>

                                                                               _____
                                                                               Signature of Attorney
                                                                               Thomas A. Dinan
                                                                               Name of Attorney
                                                                               Helen McLaughlin
                                                                               Name of Moving Party
                                                                               1/23/15
                                                                               Date

```
KOCH PARAFINCZUK & WOLF, P.A.                                    004067

DATE    : Jan/21/2015
CHE #   : 4067
AMOUNT  : $40.00
ACCOUNT : GENERAL - 3
PAID TO : Clerk U.S. DC
```

Admission fee to practice law for Marcus J. Susen - Helen McLaughlin c

CLIENT: 7055 - McLaughlin, Helen
MATTER: 10917

---

**KOCH PARAFINCZUK & WOLF, P.A.**
OPERATING ACCOUNT
110 EAST BROWARD BLVD. SUITE 1630
FT. LAUDERDALE, FL 33301
(954) 462-6700

HSBC
63-939/670

004067

CHECK NO.  4067

DATE  Jan/21/2015      AMOUNT  $40.00

Forty ************************************************** 00/100

PAY TO THE ORDER OF

Clerk U.S. DC

MP

Admission fee to practice law for Marcus J. Susen - Helen McLaughlin c

⑆004067⑆ ⑈067009390⑈ 369⑉71635⑉3⑈

---

```
KOCH PARAFINCZUK & WOLF, P.A.                                    004067
                                        ** GENERAL BALANCES **
                                        UNBILLED DISBS:              0.00
         DATE    : Jan/21/2015          A/R BALANCE    :             0.00
         CHE #   : 4067
         AMOUNT  : $40.00
         ACCOUNT : GENERAL - 3
         PAID TO : Clerk U.S. DCen
         MATTER  :10917                 ** TRUST BALANCES **
         Admission fee to practice law for Marcus J. Susen - Helen McLaughlin c

              FL
                                        TRUST BALANCE :              0.00
         McLaughlin, Helen vs Bayer
```

REORDER FORM #800LB1 (1 PART)                       USE WITH COMPANION ENVELOPE #44-005