IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HELEN McLAUGHLIN | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al. | : | NO. 14-7315 |
| RUTH RUBLE | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al. | : | NO. 14-7316 |
| MELDA STRIMEL | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al. | : | NO. 14-7317 |
| SUSAN STELZER | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al. | : | NO. 14-7318 |
| HEATHER WALSH | : | CIVIL ACTION |
| v. | : | |
| BAYER CORPORATION, et al. | : | NO. 15-384 |

**ORDER**

**AND NOW**, this 22nd day of March, 2016, upon consideration of Defendants' Motions for Judgment on the Pleadings, all documents filed in connection therewith, and the Hearing on January 11, 2016, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the Motions are **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendants' Motions are **GRANTED** insofar as they seek dismissal of Counts I through VIII, X through XI, and the claims in Counts I, II, III, IV, V, VI, VII, VIII, X and XI are **DISMISSED**.

2. Defendants' Motions are **DENIED** insofar as they seek dismissal of Counts IX and XII.

3. Plaintiffs are afforded leave to amend their claims in Counts I, IV, V, VIII and XI, but are denied leave to amend their claims in Counts II, III, VI, VII, and X.

BY THE COURT:

/s/John R. Padova\_
John R. Padova, J.