IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| HELEN McLAUGHLIN | : | CIVIL ACTION NO. 14-7315 | |
|---|---|---|---|
| | : | | |
| v. | : | | |
| | : | NO. 18-1144 (Archambault) | NO. 18-1153 (Reiss) |
| BAYER ESSURE, INC., et al. | : | NO. 18-1146 (Brenner) | NO. 18-1154 (Reynolds) |
| | : | NO. 18-1147 (Dawson) | NO. 18-1155 (Ross) |
| And Related Actions | : | NO. 18-1148 (Dixson) | NO. 18-1156 (Rubio) |
| | : | NO. 18-1149 (Goins) | NO. 18-1157 (Wayne) |
| | : | NO. 18-1150 (Hyler) | NO. 18-1158 (Young) |
| | : | NO. 18-1151 (Jacobs) | NO. 18-1162 (Hentz) |
| | : | NO. 18-1152 (Parker) | NO. 18-1959 (Riley) |

## **ORDER**

**AND NOW**, this 23rd day of July, 2018, upon consideration of Plaintiffs' Motions to Remand, and all documents filed in connection therewith, **IT IS HEREBY ORDERED** as follows:

1. The Motions to Remand are **GRANTED**.

2. The above-captioned cases (with the exception of McLaughlin v. Bayer Essure, Civ. A. No. 14-7315) are **REMANDED** to the Court of Common Pleas of Philadelphia County.

3. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned cases (with the exception of McLaughlin).

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.