IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| HELEN McLAUGHLIN | : | CIVIL ACTION NO. 14-7315 | |
|---|---|---|---|
| | : | | |
| v. | : | | |
| | : | NO. 14-7316 (Ruble) | NO. 16-3732 (Gross) |
| BAYER ESSURE, INC., et al. | : | NO. 14-7318 (Stelzer) | NO. 16-3733 (Johnson) |
| | : | NO. 14-7317 (Strimel) | NO. 16-3766 (Summerlin) |
| And Related Actions | : | NO. 15-0384 (Walsh) | NO. 16-3767 (Rodvill) |
| | : | NO. 16-1458 (Dunstan) | NO. 16-3769 (Quinton) |
| | : | NO. 16-1645 (Clarke) | NO. 16-4081 (Bradford) |
| | : | NO. 16-1921 (Souto) | NO. 17-2915 (Wistrom) |
| | : | NO. 16-2166 (Bailey) | NO. 17-3968 (Bobo) |
| | : | NO. 16-2154 (Campos) | NO. 17-4417 (Guess) |
| | : | NO. 16-2717 (Bolds) | NO. 17-4936 (Gonzalez) |
| | : | NO. 16-3049 (Tulgetske) | NO. 18-37 (Jenson) |
| | : | NO. 16-3409 (Abeyta) | NO. 18-836 (Morua) |
| | : | NO. 16-3589 (Burgis) | NO. 18-837 (Galan) |
| | : | NO. 16-3710 (Dong) | NO. 18-838 (Alfaro) |
| | : | NO. 16-3730 (Mantor) | NO. 18-908 (Archer) |
| | : | NO. 16-3731 (Olague) | |

## ORDER

**AND NOW**, this 24th day of May, 2019, upon consideration of Plaintiffs' First Motion to Compel Discovery (Docket No. 399 in McLaughlin), all documents filed in connection therewith, and the Special Discovery Master's Report and Recommendations concerning the Motion (Docket No. 412 in McLaughlin), to which no objections have been filed, **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED** in accordance with Paragraph 8 of the Agreed Case Management Order Concerning Appointment of the Special Discovery Master (Docket No. 254 in McLaughlin).

2. Plaintiffs' Motion to Compel is **GRANTED IN PART** and **DENIED IN PART** as set forth in the Report and Recommendation.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.