IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| HELEN McLAUGHLIN | : | CIVIL ACTION NO. 14-7315 | |
|---|---|---|---|
| | : | | |
| v. | : | NO. 18-5365 (Gastelum) | NO. 18-5361 (Tester) |
| | : | NO. 18-5343 (Armstrong) | NO. 18-5362 (Botelho) |
| BAYER ESSURE, INC., et al. | : | NO. 18-5345 (Blair) | NO. 18-5363 (Cleland) |
| | : | NO. 18-5346 (Hooks) | NO. 18-5364 (Gonzalez) |
| And Related Actions | : | NO. 18-5347 (Hoskins) | NO. 18-5366 (Garr) |
| | : | NO. 18-5348 (Hurt) | NO. 18-5367 (Cortez) |
| | : | NO. 18-5349 (James) | NO. 18-5370 (Hope) |
| | : | NO. 18-5350 (Krueger) | NO. 18-5371 (Forrest) |
| | : | NO. 18-5351 (Luterek) | NO. 18-5372 (Grega) |
| | : | NO. 18-5352 (Meachum) | |
| | : | NO. 18-5353 (Pearson) | |
| | : | NO. 18-5356 (Perdue) | |
| | : | NO. 18-5357 (Powell) | |
| | : | NO. 18-5358 (Purkey) | |
| | : | NO. 18-5359 (Stokes) | |
| | : | NO. 18-5360 (Teel) | |

## **ORDER**

**AND NOW**, this 24th day of May, 2019, upon consideration of Plaintiffs' Motion to Remand (Docket No. 350 in McLaughlin; Docket No. 4 in Gastelum), and all documents filed in connection therewith, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT

/s/ John R. Padova, J.
_____
John R. Padova, J.