IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| HELEN McLAUGHLIN | : | CIVIL ACTION NO. 14-7315 | |
|---|---|---|---|
| v. | : | | |
| | : | NO. 14-7316 (Ruble) | NO. 16-3732 (Gross) |
| BAYER ESSURE, INC., et al. | : | NO. 14-7318 (Stelzer) | NO. 16-3733 (Johnson) |
| | : | NO. 14-7317 (Strimel) | NO. 16-3766 (Summerlin) |
| And Related Actions | : | NO. 15-0384 (Walsh) | NO. 16-3767 (Rodvill) |
| | : | NO. 16-1458 (Dunstan) | NO. 16-3769 (Quinton) |
| | : | NO. 16-1645 (Clarke) | NO. 16-4081 (Bradford) |
| | : | NO. 16-1921 (Souto) | NO. 17-2915 (Wistrom) |
| | : | NO. 16-2166 (Bailey) | NO. 17-3968 (Bobo) |
| | : | NO. 16-2154 (Campos) | NO. 17-4417 (Guess) |
| | : | NO. 16-2717 (Bolds) | NO. 17-4936 (Gonzalez) |
| | : | NO. 16-3049 (Tulgetske) | NO. 18-37 (Jenson) |
| | : | NO. 16-3409 (Abeyta) | NO. 18-836 (Morua) |
| | : | NO. 16-3589 (Burgis) | NO. 18-837 (Galan) |
| | : | NO. 16-3710 (Dong) | NO. 18-838 (Alfaro) |
| | : | NO. 16-3730 (Mantor) | NO. 18-908 (Archer) |
| | : | NO. 16-3731 (Olague) | |

## **ORDER**

**AND NOW**, this 13th day of August, 2019, upon consideration of "Plaintiffs' Motion for Resolution of Dispute over Method of Satisfying ESI Obligations, or, in the Alternative, Motion for a Protective Order" (Docket No. 405 in McLaughlin), all documents filed in connection therewith, and the Special Discovery Master's Report and Recommendations concerning the Motion (Docket No. 480 in McLaughlin), to which no objections have been filed, **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED** in accordance with Paragraph 8 of the Agreed Case Management Order Concerning Appointment of the Special Discovery Master (Docket No. 254 in McLaughlin).

2. Plaintiffs' Motion is **GRANTED IN PART** and **DENIED IN PART** as set forth in the Report and Recommendation.

        BY THE COURT:

        /s/ John R. Padova, J.

        _____
        John R. Padova, J.