IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| HELEN McLAUGHLIN | : | CIVIL ACTION NO. 14-7315 | |
|---|---|---|---|
| | : | | |
| v. | : | | |
| | : | NO. 14-7316 (Ruble) | NO. 16-3732 (Gross) |
| BAYER ESSURE, INC., et al. | : | NO. 14-7318 (Stelzer) | NO. 16-3733 (Johnson) |
| | : | NO. 14-7317 (Strimel) | NO. 16-3766 (Summerlin) |
| And Related Actions | : | NO. 15-0384 (Walsh) | NO. 16-3767 (Rodvill) |
| | : | NO. 16-1458 (Dunstan) | NO. 16-3769 (Quinton) |
| | : | NO. 16-1645 (Clarke) | NO. 16-4081 (Bradford) |
| | : | NO. 16-1921 (Souto) | NO. 17-2915 (Wistrom) |
| | : | NO. 16-2166 (Bailey) | NO. 17-3968 (Bobo) |
| | : | NO. 16-2154 (Campos) | NO. 17-4417 (Guess) |
| | : | NO. 16-2717 (Bolds) | NO. 17-4936 (Gonzalez) |
| | : | NO. 16-3049 (Tulgetske) | NO. 18-37 (Jenson) |
| | : | NO. 16-3409 (Abeyta) | NO. 18-836 (Morua) |
| | : | NO. 16-3589 (Burgis) | NO. 18-837 (Galan) |
| | : | NO. 16-3710 (Dong) | NO. 18-838 (Alfaro) |
| | : | NO. 16-3730 (Mantor) | NO. 18-908 (Archer) |
| | : | NO. 16-3731 (Olague) | |

# **ORDER**

**AND NOW**, this 4th day of December, 2019, upon consideration of the parties' proposed orders for the selection of bellwether plaintiffs and a bellwether discovery schedule, all documents filed in connections therewith, and the Special Discovery Master's Report and Recommendations concerning the parties' proposals (Docket No. 540 in McLaughlin), to which no objections have been filed, **IT IS HEREBY ORDERED** that the Report and Recommendation is **APPROVED** and **ADOPTED** in accordance with Paragraph 8 of the Agreed Case Management Order Concerning Appointment of the Special Discovery Master (Docket No. 254 in McLaughlin), except that, with the parties' agreement, the deadlines in ¶¶ 2-

3 of the Scheduling Order are **REVISED** to provide for dates that fall subsequent to the selection of bellwether plaintiffs. The pertinent Scheduling Order will be filed contemporaneously with this Order.

BY THE COURT:

/s/ John R. Padova, J.

_____
John R. Padova, J.