IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| HELEN McLAUGHLIN | : | CIVIL ACTION NO. 14-7315 | |
|---|---|---|---|
| | : | | |
| v. | : | | |
| | : | NO. 14-7316 (Ruble) | NO. 16-3732 (Gross) |
| BAYER ESSURE, INC., et al. | : | NO. 14-7318 (Stelzer) | NO. 16-3733 (Johnson) |
| | : | NO. 14-7317 (Strimel) | NO. 16-3766 (Summerlin) |
| And Related Actions | : | NO. 15-0384 (Walsh) | NO. 16-3767 (Rodvill) |
| | : | NO. 16-1458 (Dunstan) | NO. 16-3769 (Bennett) |
| | : | NO. 16-1645 (Clarke) | NO. 16-4081 (Quinton) |
| | : | NO. 16-1921 (Souto) | NO. 17-2915 (Wistrom) |
| | : | NO. 16-2166 (Bailey) | NO. 17-3968 (Bobo) |
| | : | NO. 16-2154 (Campos) | NO. 17-4417 (Guess) |
| | : | NO. 16-2717 (Bolds) | NO. 17-4936 (Gonzalez) |
| | : | NO. 16-3049 (Tulgetske) | NO. 18-37 (Jenson) |
| | : | NO. 16-3409 (Abeyta) | NO. 18-836 (Morua) |
| | : | NO. 16-3589 (Burgis) | NO. 18-837 (Galan) |
| | : | NO. 16-3710 (Dong) | NO. 18-838 (Alfaro) |
| | : | NO. 16-3730 (Mantor) | NO. 18-908 (Archer) |
| | : | NO. 16-3731 (Olague) | |

## **ORDER**

**AND NOW**, this 15th day of January, 2020, upon consideration of Defendants' Motion to Dismiss for Failure to Provide Substantially Complete Plaintiff Fact Sheets (Docket No. 452 in McLaughlin), all documents filed in connection therewith, and the Special Master's December 27, 2019 Report and Recommendations concerning the Motion (Docket No. 559 in McLaughlin), to which no objections have been filed,[1] **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED** in accordance with Paragraph 8 of the Agreed Case Management Order Concerning Appointment of the Special Discovery Master (Docket No. 254 in McLaughlin).

---

[1] Defendants have filed two different motions to dismiss for failure to provide substantially complete Plaintiff Fact Sheets, one on May 13, 2019 (Docket No. 419 in McLaughlin) and one on June 24, 2019 (Docket No. 452 in McLaughlin). The Special Master's Report and Recommendation addresses the substance of the June 24, 2019 Motion, but mistakenly refers to the Motion as having been filed in May of 2019. We understand the May 2019 reference to be a clerical error and disregard it.

2. Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART** as set forth in the Report and Recommendation.

3. All claims of the following Plaintiffs are **DISMISSED**, and the following listed Plaintiffs are **DISMISSED** as Plaintiffs in these consolidated actions:

    a. Tara Amick (Abeyta, Civ. A. No. 16-3409)
    b. Kristy Blackburn (Alfaro, Civ. A. No. 18-838)
    c. Mandy Burgis (Burgis, Civ. A. No. 16-3589)
    d. Amber Clinger (Alfaro, Civ. A. No. 18-838)
    e. Paula Davis (Alfaro, Civ. A. No. 18-838)
    f. Natasha Dominguez (Burgis, Civ. A. No. 16-3589)
    g. Rebecca Drew (Bailey, Civ. A. No. 16-2166)
    h. Alyssa Franklin (Alfaro, Civ. A. No. 18-838)
    i. Kristina Galan (Galan, Civ. A. No. 18-837)
    j. Danielle Jones (Johnson, Civ. A. No. 16-3733)
    k. Michelle Long (Galan, Civ. A. No. 18-837)
    l. Meghan Reasoner (Morua, Civ. A. No. 18-836)
    m. Marisela Silva (Morua, Civ. A. No. 18-836)
    n. Katrina Smith (Morua, Civ. A. No. 18-836)

4. The Warranty/Misrepresentation claims of Plaintiff Rachel McCall (Mantor, Civ. A. No. 16-3730) are **DISMISSED**, but McCall may continue to pursue her remaining tort claims.

5. The claims of Plaintiffs Jamie Steppat (Morua, Civ. A. No. 18-836) and Cleo Wilson (Quinton, Civ. A. No. 16-4081) will be dismissed if each Plaintiff has not served her medical records on Defendants by February 14, 2020. No later than February 18, 2020, the parties shall advise the Court in writing if Steppat and Wilson have served their medical records by February 14, 2020 deadline.

6. The claims of Plaintiff Nikki Utley (Morua, Civ. A. No. 18-836) will be dismissed if she does not serve a signed or verified Plaintiff Fact Sheet on Defendants on or before January 29, 2020. No later than February 4, 2020, the parties shall advise the Court

2

in writing if Utley has served a signed or verified Plaintiff Fact Sheet by the January 29, 2020 deadline.

7. The claims of Monica Plummer (Morua, Civ. A. No. 18-836) and Donna Gamble (Galan, Civ. A. No. 18-837) will be dismissed if they do not serve signed or verified Plaintiff Fact Sheets on Defendants by January 29, 2020, and serve their medical records on Defendants by February 14, 2020. No later than February 18, 2020, the parties shall advise the Court in writing if Plummer and Gamble have served both their medical records and signed or verified Plaintiff Fact Sheets by the applicable deadlines.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.