IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| HELEN McLAUGHLIN | : | CIVIL ACTION NO. 14-7315 | |
| | : | | |
| v. | : | | |
| | : | NO. 14-7316 (Ruble) | NO. 16-3732 (Gross) |
| BAYER ESSURE, INC., et al. | : | NO. 14-7318 (Stelzer) | NO. 16-3733 (Johnson) |
| | : | NO. 14-7317 (Strimel) | NO. 16-3766 (Summerlin) |
| And Related Actions | : | NO. 15-0384 (Walsh) | NO. 16-3767 (Rodvill) |
| | : | NO. 16-1458 (Dunstan) | NO. 16-3769 (Bennett) |
| | : | NO. 16-1645 (Clarke) | NO. 16-4081 (Quinton) |
| | : | NO. 16-1921 (Souto) | NO. 17-2915 (Wistrom) |
| | : | NO. 16-2166 (Bailey) | NO. 17-3968 (Bobo) |
| | : | NO. 16-2154 (Campos) | NO. 17-4417 (Guess) |
| | : | NO. 16-2717 (Bolds) | NO. 17-4936 (Gonzalez) |
| | : | NO. 16-3049 (Tulgetske) | NO. 18-37 (Jenson) |
| | : | NO. 16-3409 (Abeyta) | NO. 18-836 (Morua) |
| | : | NO. 16-3589 (Burgis) | NO. 18-837 (Galan) |
| | : | NO. 16-3710 (Dong) | NO. 18-838 (Alfaro) |
| | : | NO. 16-3730 (Mantor) | NO. 18-908 (Archer) |
| | : | NO. 16-3731 (Olague) | |

## ORDER

**AND NOW**, this 1st day of May, 2020, upon consideration of the Special Master's April 13, 2020 "Report and Recommendations to Resolve a Dispute Regarding the Order re: Protocol Governing Case-Specific Fact Depositions and Discovery" (Docket No. 608 in <u>McLaughlin</u>), to which no objections have been filed, **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED** in accordance with Paragraph 8 of the Agreed Case Management Order Concerning Appointment of the Special Discovery Master (Docket No. 254 in <u>McLaughlin</u>).

2. Contemporaneously with this Order, the Court will enter the parties' proposed Order Re: Protocol Governing Case-Specific Fact Deposition and Discovery, which, consistent with the Report and Recommendation, will include Plaintiffs' Proposed Paragraph 15 and Defendants' Proposed Paragraph 16, except insofar as Defendants'

Proposed Paragraph 16 requests subject matter limitations on the content of *ex parte* communications with healthcare providers.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.